Louis H. Pink, Superintendent of Insurance of the State of New York, as Conservator of Property and Assets of Union Indemnity Company in the State of New York, Appellant, *v* Kraus & Silverman, Inc., Respondent.

Submitted November 19, 1943; decided January 6, 1944.

*Clarence E. Mellen* for appellant.

*James J. McLoughlin* and *John J. Kirwan* for respondent.

Judgment affirmed, with costs on the authority of *Semanchuck* v. *Fifth Ave. & 37th St. Corp.* (290 N. Y. 412). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.